IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNIE WINN,**<br><br>Plaintiff,<br><br>v.<br><br>**M. ZUNIGA,**<br><br>Defendant. | Case No. 2:22-CV-00706-DMC<br><br>**ORDER** |

Pending before the Court is Defendant's request for leave to conduct Plaintiff's deposition by remote means under Federal Rule of Civil Procedure 30(b)(4). Good cause appearing, it is hereby ordered that Defendant's request, ECF No. 25, for leave to take Plaintiff's deposition remotely is GRANTED.

Dated:  April 25, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE