IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE WINN, | No. 2:22-CV-0706-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| M. ZUNIGA, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant's motion, ECF No. 34, to stay the Court's January 6, 2023, scheduling order pending resolution of motions to compel. Good cause appearing therefor, Defendant's motion will be granted and the schedule will be vacated. Upon resolution of Defendant's motions to compel, which will be addressed by separate order, the Court will re-set a schedule for this litigation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion, ECF No. 34, to stay the schedule for this litigation is GRANTED.

2. The schedule established in the Court's January 6, 2023, order is VACATED pending resolution of Defendant's motions to compel.

Dated: October 17, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE