IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE WINN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. ZUNIGA,<br><br>　　　　Defendant. | No. 2:22-CV-0706-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions for an extension of time to file an opposition to Defendant's motion for summary judgment. See ECF Nos. 45 and 46. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to limited law library access, Plaintiff's motions will be granted.

///
///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motions for an extension of time, ECF Nos. 45 and 46, are granted.

2. Plaintiff's opposition to Defendant's motion for summary judgment is due within 30 days of the date of this order.

Dated:  June 5, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE