IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE WINN,  | |
|     Plaintiff, | No. 2:22-CV-0706-TLN-DMC-P |
|   v. | |
| M. ZUNIGA, | ORDER |
|     Defendant. | |

Plaintiff Ronnie Winn ("Plaintiff"), a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On September 10, 2025, the Magistrate Judge filed findings and recommendations which were served on the parties, and which contained notice that the parties may file objections within fourteen (14) days. (ECF No. 49.) This deadline has passed and no objections to the findings and recommendations have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be supported by

1   the record and by the proper analysis.

2         Accordingly, IT IS HEREBY ORDERED as follows:

3   1. The findings and recommendations filed September 10, 2025, (ECF No. 49), are
4       ADOPTED in full.

5   2. Defendant's unopposed motion for summary judgment, (ECF No. 44), is granted.

6   3. The Clerk of the Court is DIRECTED to enter judgment and close this file.

7   Date: October 24, 2025

                                                         TROY L. NUNLEY
                                                         CHIEF UNITED STATES DISTRICT JUDGE